TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4825
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@ssa.gov

Attorneys for Defendant Commissioner of Social Security

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH LYNN SHIPP, | Case No. 2:21-cv-00967-SP |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment for Plaintiff ("Stipulation to Remand"),

Judgment for Remand, Sentence Four 2:21-cv-00967-CAS-SP

-1-

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Dated: May 28, 2021



HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE

Judgment for Remand, Sentence Four 2:21-cv-00967-CAS-SP